**Fill in this information to identify the case:**

Debtor name: BrightLeaf Technologies, Inc.

United States Bankruptcy Court for the: _____ District of CO (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BrightLeaf Power Partners, L.P. 2520 N. Townsend Ave. Montrose, CO 81401 | Jon Capshaw (970) 249-5270 Joapshaw@brightleafpower.com | loans accrued Interest | | | | $ 1,184,290.97 |
| 2 | Salavan Asset Group Industrie- & Finanzkontor, Hererngasse 21, FL-9490 Vaduz Liechtenstein | Tamara Pfeffer +423 237 58 58 tamara.pfeffer@iuf.li | loans accrued Interest | | | | $ 1,101,250.00 |
| 3 | Bruised Camel Partnership PO Box 1607 Montrose, CO 81402 | Deborah Kiesewetter (970)240-1352 deborah.kiesewetter@gmail.com | loans accrued interest | | | | $ 913,640.83 |
| 4 | Living Stones Foundation Charitable Trust 1544 Oxbow Drive, Suite 200 Montrose, CO 81401 | Alex Brubaker (970) 497-5002 alex@lsfoundation.org | loans accrued interest | | | | $ 685,611.11 |
| 5 | EnMark Gas Gathering LP 17430 Campbell Road, Suite 230 Dallas, TX 75252 | Rod Miller (214) 368-5050 rod.miller@comcast.net | loans accrued interest | | | | $ 336,615.30 |
| 6 | JV Real Estate 6124 County Road 5 Ridgway, CO 81432 | John Kuijvenhoeven (970) 417-0177 johnk5k@yahoo.com | trade payables | | | | $ 334,499.88 |
| 7 | Global Focused Value Master Fund, LP 302 NE Main Street Simpsonville, SC 29681 | Erik Weir (864) 967-9838 ecweir@wcmglobalwealth.com | loans accrued interest | | | | $ 319,550.00 |
| 8 | MLPF&S Custodian FBO Dr Paul Calhoun 20729 N. 55th Ave. Glendale, AZ 85308 | Paul Calhoun (623) 561-1853 paulcalhoun3@yahoo.com | loans accrued interest | | | | $ 315,000.00 |

Debtor: BrightLeaf Technologies, Inc.

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Bellcomb<br>9200 10th Ave North<br>Minneapolis, MN 55427 | David Hartwell<br>(763) 537-0200<br>Hartwell@bellcomb.com | trade payables | | | | $ 282,957.08 |
| 10 | Joshua M and Lindsay Ann Pepperd as JTWROS<br>3400 E. 112th Avenue<br>Anchorage, AK 99516-1430 | Joshua Pepperd<br>(907) 346-1885<br>josh@davisconstructors.com | loan<br>accrued interest | | | | $ 25,000.00<br>$ 263,022.26<br>$ 1,750.00<br>$ 26,750.00 |
| 11 | Bracewell Giuliani LLP<br>PO Box 848566<br>Dallas, TX 75284 | Brock Bailey<br>(713) 221-1423<br>brock.bailey@bgllp.com | trade payables | | | | $ 251,825.60 |
| 12 | Michael V. Barry Family, LLC<br>1305 Wiley Road, Ste. 106<br>Schaumburg, IL 60173 | Michael Barry<br>(847) 839-4600<br>mbarry@vail.net | loan<br>accrued interest | | | | $ 248,000.00 |
| 13 | Hope Christian Community Foundation<br>5100 Poplar Avenue Suite 2412<br>Memphis, TN 38137 | Michael Harris<br>(901) 682-6201<br>mike@hopeccf.org | loan<br>accrued interest | | | | $ 210,000.00 |
| 14 | Kevin Bohren<br>P.O. Box 1351<br>Edwards, CO 81632 | Kevin Bohren<br>(970) 331-9991<br>kcbohren@gmail.com | loan<br>accrued interest | | | | $ 190,247.22 |
| 15 | Flabeg FE GmbH Sitz der Gesellschaft: Furth im Wald  Geschäftsführer: Johann Heitzmann, Akram Awni Mohamed Rabayah USt-ID: DE 292 176 095.  HRB 14059 (Regensburg) | Olaf Knebel<br>+49 911 964560<br>olaf.knebel@flabeg.com | trade payables | | | | $ 174,780.04 |
| 16 | Dr. Steven I. Cohen<br>3100 S. Memorial Drive<br>Greenville, NC 27834 | Dr. Steven I. Cohen<br>(252) 329-7246<br>drstevencohen@gmail.com | loans<br>accrued interest | | | | $ 165,900.00 |
| 17 | Daniel D. Vick<br>6871 CR 1103<br>Celina, TX 75009 | Daniel D. Vick<br>469-628-8540<br>danvick1961@yahoo.com | loans<br>trade payables<br>accrued interest | | | | $ 147,835.56 |
| 18 | Jacquelyn L. Gragg<br>614 E. Crawford Street<br>Palestine, TX 75801 | Jacquelyn L. Gragg<br>(903) 729-4659<br>jgragg58@embarqmail.com | loans<br>accrued interest | | | | $ 124,000.00 |
| 19 | AG Machining<br>609 Science Dr.<br>Moorpark, CA 93021 | Angel Garcia<br>(805) 531-9555<br>agm_sales@agm.us.com | trade payables | | | | $ 121,956.42 |
| 20 | A. Benjamin Ehlert<br>6995 County Road 5<br>Ridgway, CO 81432 | A. Benjamin Ehlert<br>(970) 626-3915<br>bene@skybeam.com | loans<br>accrued interest | | | | $ 105,000.00 |

**SEE FORM 204 CONTINUATION SHEET**

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

BrightLeaf Technologies, Inc.

Form 204 Continuation  20 Largest Unsecured Creditors

| | | | |
|---|---|---|---|
| Barbara White<br>7440 S. FM 549<br>Rockwall, TX 75801 | Barbara White<br>(972) 771-8017<br>tbwhite01@cebridge.net | loans<br>accrued interest | $ 105,000.00 |
| Charles M. and/or Janet W. Hamilton<br>4623 Woodbar Court<br>Midland, TX 79707 | Janet Hamilton<br>(432) 697-6950<br>chuckhmltn@gmail.com | loans<br>accrued interest | $ 105,000.00 |
| Equity Trust Company<br>Custodian FBO<br>Danny W Qualliotine IRA<br>107 Oakmont Drive<br>Greenville, NC 27858-5937 | Danny W. Qualliotine<br>(252) 321-2500<br>drq@suddenlink.net | loans<br>accrued interest | $ 105,000.00 |
| Robert & Laurie Osborn Family Trust<br>4260 Truxton Avenue, Suite 150<br>Bakersfield, CA 93309 | G. Robert Osborn<br>(661) 565-5021<br>bob@osborndds.net | loans<br>accrued interest | $ 105,000.00 |
| Glen T Johnson Revocable Trust<br>PO Box 3077<br>Dillon, CO 80435 | Glen T. Johnson<br>(970) 390-9855<br>gjawt@msn.com | loans<br>accrued interest | $ 105,000.00 |
| Equity Trust Company<br>Custodian FBO<br>Joel Bolen IRA<br>PO Box 1433<br>Ouray, CO 81427 | Joel Bolen<br>(970) 325-7347<br>joelnterri@att.net | loans<br>accrued interest | $ 105,000.00 |
| John Findley<br>PO Box 20308<br>Bakersfield, CA 93312 | John Findley<br>(661) 808-8385<br>findleymd@gmail.com | loans<br>accrued interest | $ 105,000.00 |
| Laura A. Johnson Revocable Trust<br>PO Box 811<br>Dillon, CO 80435 | Laura M. Johnson<br>(970) 390-9901<br>ljohnson80435@comcast.net | loans<br>accrued interest | $ 105,000.00 |
| Michael D & Janet A Roggero<br>as JTWROS<br>718 Terrace Drive<br>Ridgway, CO 81432-9203 | Michael D. Roggero<br>(719) 263-4055<br>mikejancounsel@hotmail.com | loans<br>accrued interest | $ 105,000.00 |