UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| BRIGHTLEAF TECHNOLOGIES, INC., | ) | Case No. 15- |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY SECURITY HOLDERS

BrightLeaf Technologies, Inc., the Debtor, respectfully represents the following is a list of the equity holders of the Debtor:

List attached

I declare under the penalty of perjury that the information in this "List of Equity Security Holders" is true and correct.

Dated: January 6, 2016

BrightLeaf Technologies, Inc.,

/s/ Douglas H. Kiesewetter
Douglas H. Kiesewetter, President

**BRYAN CAVE LLP**

By:     /s/ Craig K. Schuenemann
         Craig K. Schuenemann     CO #41068
         1700 Lincoln Street
         Suite 41000
         Denver, Colorado 80203
         Telephone: (303) 861-7000
         Facsimile: (303) 866-0200
         craig.schuenemann@bryancave.com

Attorneys for Debtor and Debtor in Possession

KC01DOCS\1749675.1.1

# Shareholders List as of 1.4.16

| Last name | First name | Street | City | State | Zip | Country | Shares Held 1.4.16 |
|---|---|---|---|---|---|---|---|
| Adams | Jake | 100 River Rat Lane | Grimesland | NC | 27837 | United States | 48,950 |
| Aguillard | Gary & Susan | 159 Saint Andrews Lane | Aledo | TX | 76008-6905 | United States | 307,692 |
| Andrews | Tracy & Corrie | 1229 30th Street | Valley | AL | 36854 | United States | 7,793 |
| Arbogast | Chris, Cynthia, Victoria | 7630 Sherman Rd. | Edwardsburg | MI | 49112 | United States | 3,846 |
| Ascent Enterprises | | 8328 86th Ave | Fort St. John | BC | V1J0G7 | Canada | 76,923 |
| Avanzar Ventures International | Dirk Cameron, Managing Director 15814 Cypress Hall Drive | | Cypress | TX | 77429 | United States | 42,385 |
| Aviation Ventures Series Fund, LLC Series One | | 302 NE Main Street | Simpsonville | SC | 29681 | United States | 5,707,692 |
| Barnett | Edward M. | 19311 Hwy 550 | Montrose | CO | 81403 | United States | 10,000 |
| Barry | Michael | 1305 Wiley Road, Ste. 106 | Schaumburg | IL | 60173 | United States | 1,230,769 |
| Barry | Eric | 270 Andrew Parkway | Fisherville | KY | 40023 | United States | 7,692 |
| Bashaw | Nathan | 6328 86th Ave | Fort St. John | BC | V1J0G7 | Canada | 426,431 |
| Bertagnolli | Joseph J | PO Box 20065 | Cheyenne | WY | 82003 | United States | 53,965 |
| Behren | Kevin | PO Box 1351 | Edwards | CO | 81632 | United States | 769,231 |
| Belen | Joel | PO Box 1433 | Ouray | CO | 81427 | United States | 97,899 |
| Bory | Paul | PO Box 1652 | Montrose | CO | 81402 | United States | 90,000 |
| Bringe | Neal and Lida | 30633 Longhorn Cir | Elizabeth | CO | 80107 | United States | 40,000 |
| Brown | Judd and Mary Anne | 6005 Beaumont Ave | La Jolla | CA | 92037 | United States | 50,000 |
| Brown | Frederick S | PO Box 154 | Captain Cook | HI | 96704 | United States | 38,462 |
| Bruised Camel Partnership, Ltd | | PO Box 1607 | Montrose | CO | 81402 | United States | 5,198,538 |
| Burns | Joseph & Michelle | 21330 6785 Court | Montrose | CO | 81403 | United States | 12,025 |
| Bustin | Gary | 11785 Joyful Way | Montrose | CO | 81401 | United States | 21,231 |
| Calhoun | Paul | 20729 N 55th Ave. | Glendale | AZ | 85308 | United States | 992,036 |
| Capshaw | Ralph A. | 4705 El Campo Avenue | Ft. Worth | TX | 76107-4915 | United States | 136,250 |
| Capshaw | Jon | 121 Apollo Rd | Montrose | CO | 81401 | United States | 117,715 |
| Capshaw | Betty | 4705 El Campo | Ft Worth | TX | 76107 | United States | 12,500 |
| Chan | Hing | 3553 Donald Court | San Jose | CA | 95127 | United States | 30,000 |
| Chismire | Kevin J. | 445 Park Lane | Ridgway | CO | 81432 | United States | 48,949 |
| Clifford | Alden | 6315 Golden Willow Drive | Fort Collins | co | 80528 | United States | 102,600 |
| Cohen | Steven | 3100 S. Memorial Drive | Greenville | NC | 27834 | United States | 240,816 |
| Cohick | Lee | 15615 6120 Road | Montrose | CO | 81403 | United States | 48,949 |
| Condra | Neil L. | 31822 Midlake Park | Conroe | TX | 77385 | United States | 50,000 |
| Cramer | Randy & Sherilyn | 747 North Nevada | Montrose | CO | 81401 | United States | 43,963 |
| Cramer | William J | 21834 Government Springs Rd. | Montrose | CO | 81403 | United States | 10,000 |
| Daniel | Kathryn | 1415 Lyra Lane | Arlington | TX | 76013 | United States | 34,048 |
| Daniel | Philip | 3525 Michael Drive | Plano | TX | 75023 | United States | 18,962 |
| Daniel | David | 1415 Lyra Lane | Plano | TX | 75023 | United States | 5,000 |
| Daniel | Zachary Taylor | 3525 Michael Drive | Richardson | TX | 75080 | United States | 46,755 |
| Daniel Family Trust Care of Gene Daniel | | 1423 Chippewa Drive | Montrose | CO | 81402 | United States | 67,435 |
| Despres | Michael & Teresa | PO Box 1064 | Houston | TX | 77005 | United States | 38,462 |
| Dodd | Cletus | 2320 Dunstan Rd | Montrose | CO | 81401 | United States | 113,462 |
| Donovito | David Brian | 2832 Glen Eagle Dr | Montrose | CO | 81401 | United States | 19,192 |
| Duckworth | Shane & Kelly | 1305 Dover Road | Montrose | CO | 81403 | United States | 230,769 |
| Egbert | Nolan | 21754 Uncompahgre Rd | Ridgway | CO | 81432 | United States | 136,361 |
| Ehlert | Ben | 6995 County Road 5 | Olathe | CO | 81425 | United States | 30,000 |
| Eichhorn | Jeffrey M. | 4076 5725 Road | Montrose | CO | 81401 | United States | 80,000 |
| Elijah | Joel | 3733 Buffalo Ln | Montrose | CO | 81403 | United States | 10,000 |
| Elliott | Michael R. | 60577 Maple Grove Rd. | Brenham | TX | 77833 | United States | 57,692 |
| Emmett | Leslie Blake and Kathy kay | 3500 FM 390 West | Gonzales | TX | 70737 | United States | 38,500 |
| Energetic Properties LLC | | 7111 Donaldson Dr | Dallas | TX | 75252 | United States | 1,692,309 |
| EnMark Gas Gathering, LP | | 17430 Campbell Rd. Suite 230 | Allen | TX | 75002 | United States | 5,000 |
| Evans | Rebecca Daniel | 1516 Spring Creek Drive | Montrose | CO | 81403 | United States | 10,000 |
| Farnese | Emmanuel S. | 69956 Ursa Rd | Montrose | CO | 81402 | United States | 1,126 |
| Farnese | Marc Dino | PO Box 2074 | Bakersfield | CA | 93390 | United States | 100,000 |
| Findley | David | PO Box 20308 | Bakersfield | CA | 93312 | United States | 100,000 |
| Findley | John | PO Box 20308 | Niceville | FL | 32578 | United States | 153,846 |
| Fister | Bruce Louis & Melissa McGregor | 400 Regatta Drive | Dublin | OH | 43017-8294 | United States | 21,536 |
| Fister | Bruce David & Kelly McMullen | 7465 Maynooth Drive | Fort Walton Beach | FL | 32548-4429 | United States | 21,538 |
| Fister | Todd Louis & Tracy Lynn | 59 Yacht Club Drive NE | Gonzales | LA | 70737 | United States | 238,615 |
| Ghetti | John S. | 7111 Donaldson Dr | Edwards | CO | 81632 | United States | 38,461 |
| Giordano | Jeudiel | 1305 Crazy Horse Cir. | Godley | TX | 76044-4010 | United States | 62,500 |
| Goodman | Edwin | 6528 FM 2331 | Overland Park | KS | 66221 | United States | 200,000 |
| Gorman | Robert | 11509 W. 141st St | Montrose | CO | 81401 | United States | 384,500 |
| Granzow | Drew | 121 Apollo Road | Edwards | CO | 81632 | United States | 76,924 |
| Gray | Jerry D | PO Box 1598 | Montrose | CO | 81403 | United States | 10,000 |
| Gross | Jessie L. | 15821 Shaveno Valley Rd | Gunnison | CO | 81230 | United States | 236,032 |
| Gunnison River Partnership, LLC | | P.O. Box 599 | Cordillera | CO | 81632 | United States | 538,461 |
| Gyde | Richard | 96 Hewley Court | Warrensburg | MO | 65903 | United States | 134,615 |
| Hakes | David | 601 SE 13 HWY | Fort Worth | TX | 76123 | United States | 38,461 |
| Hallock | Scott A. | 3952 Insh Setter Dr | Midland | TX | 79707 | United States | 174,822 |
| Hamilton | Charles & Janet | 4623 Woodbair Court | Memphis | TN | 38117 | United States | 153,846 |
| Harris | Michael & Pamela | 29 Walnut Grove Court | Washington | TX | 77880 | United States | 4,000 |
| Haverkorn | Tim and Tamara | 727 FM 1155 N | Houston | TX | 77055 | United States | 76,924 |
| Hewitt | Lester | 5112 Deliver Drive | Mephis | TN | 38137 | United States | 195,798 |
| Hope Christian Community Foundation | | 5100 Poplar Avenue Suite 2412 | Dillon | CO | 80435 | United States | 97,899 |
| Johnson | Laura | PO Box 811 | Montrose | CO | 81403 | United States | 38,462 |
| Johnson | Glen | PO Box 3077 | Saint George | KS | 66535 | United States | 3,000 |
| Karr | Darcy | 240 Evergreen Ct | Boynton Beach | FL | 33436 | United States | 481,541 |
| Karr | Jim & Laurel | 13315 Military Trail Road | Saint George | KS | 66535 | United States | 38,462 |
| Karr Limited Partnership | Bruce L and Verena S | 13315 Military Trail Road | Woodland Park | CO | 80863-8800 | United States | 76,923 |
| Keesling | David | 621 Woodland West Drive | | | | | 20,000 |

KC01DOCS\1749675.1.1

| Last Name | First Name | Address | City | State | Zip | Country | Amount |
|---|---|---|---|---|---|---|---|
| Kirkendall | Kenan | 1723 5th St | Woodward | OK | 73801 | United States | 61,538 |
| Kirkendall | Glen & Leanna | PO Box 125 | Forgan | OK | 73938 | United States | 59,423 |
| Kirkendall | Kylan & Kristie | 1607 Cherokee Court | Harrison | AZ | 72601 | United States | 11,689 |
| Kuijvenhoven | Arend J. & Yvonne M. | 5123 County Road 5 | Ridgway | CO | 81431 | United States | 1,250,000 |
| Lake | Charles & Joyce | 400 East Tyler | Richardson | TX | 75080 | United States | 41,250 |
| Leeper | Eleanor | PO Box 1317 | Ouray | CO | 81427 | United States | 153,769 |
| Leeper | Alice | PO Box 758425 Hillcrest Ct | Ouray | CO | 81427 | United States | 38,462 |
| Leeper | Jean | PO Box 1477 | Frisco | CO | 80443 | United States | 7,000 |
| Living Stones Foundation CT | | 1544 Oxbow Drive, Suite 200 | Montrose | CO | 81401 | United States | 428,140 |
| Lonnberg | Jamie R | 515 W. Highway St | Jetmore | KS | 67854 | United States | 76,923 |
| McPeek | Michael | 200 De Maria Road | Montrose | CO | 81401 | United States | 12,000 |
| Monroe | Sandra | 230 Eagle Pines Drive | Woodland Park | CO | 80863 | United States | 125,872 |
| Mosher | Blake | 7505 Loasa Cove | Austin | TX | 78735 | United States | 123,077 |
| Mosher | Larry | 15 Glacier Lily Way PO Box 2829 | Crested Butte | CO | 81224 | United States | 27,000 |
| Myers | Hal (H.L.) | 5100 Randol Mill Road | Fort Worth | TX | 76112-1553 | United States | 65,000 |
| Nicholson | Jack & Melissa | 546 Stagecoach Blvd. | Evergreen | CO | 80439 | United States | 38,461 |
| Olwine | Jim | 3293 Spring Wind Ct | Lawrenceville | GA | 30044-4838 | United States | 1,000 |
| O'Neal | John & Carrie | 4911 Timberline Drive | Austin | TX | 78746 | United States | 38,461 |
| Osarczuk | John C | 1715 Pollman Dr | Manhattan | KS | 66502 | United States | 38,461 |
| Osborn | Ryan | 520 Bannock St | Ft Collins | CO | 80521 | United States | 15,385 |
| Osborn Trust | | 4263 Truxton Avenue, Suite 150 | Bakersfield | CA | 93309 | United States | 414,621 |
| Pauley | Perry | 4920 West Electra Lane | Glendale | AZ | 85310 | United States | 384,615 |
| Peacock | Steven A. | 61327 Hillsdale Dr. | Montrose | CO | 81401 | United States | 10,000 |
| Penning | Russell | 1319 Beach St | Austin | TX | 77024 | United States | 7,692 |
| Pennington | Joan Daniel | 11900 Barryknoll Lane Apartment #7123 | Houston | TX | 77024 | United States | 37,500 |
| Pepperd | Joshua M and Lindsay Ann | 3400 E. 112th Avenue | Anchorage | AK | 99516-1430 | United States | 827,210 |
| Post | Jeff | 434 Ouray Ave | Salida | CO | 81201 | United States | 38,462 |
| Qualliotine | Danny | 107 Oakmont Drive | Greenville | NC | 27858-5937 | United States | 97,899 |
| Redalen | Rick | 6709 St. Moritz | Colleyville | TX | 76034 | United States | 1,538,462 |
| RGM Trust | | 17430 Campbell Rd, Suite 230 | Dallas | TX | 75252 | United States | 76,923 |
| Ricedorff | Donald | 8243 County Road 203 | Durango | CO | 81301 | United States | 38,462 |
| Richard E. Giles Coll-Liv Trust | | 5133 Sealands Lane | Ft. Worth | TX | 76116 | United States | 30,769 |
| Riedesel | Roland G. | 1103 Brandt Rd | Yorktown | TX | 78164 | United States | 50,000 |
| Roggero | Michael and Janet | 718 Terrace Drive | Ridgway | CO | 81432-9203 | United States | 125,468 |
| Ruibal | Ruth | PO Box 1830 | Pinellas Park | FL | 33780 | United States | 25,000 |
| Salavan Asset Group aka Social Capital Foundation | | Industrie- & Finanzkontor Heremgasse 21 | FL-9490 Vaduz | | | Liechtenstein | 1,027,938 |
| Schuffenhauer | Edith | 3606 First Avenue | San Diego | CA | 92103 | United States | 38,462 |
| Seemann | Daniel | 3309 Trevelyan Avenue | Manhattan | KS | 66503 | United States | 115,384 |
| Shafqat | Jon | 2023 West Vista Way, Ste. G | Vista | CA | 92083 | United States | 48,949 |
| Simpson | Elizabeth | 5555 Del Monte Dr. #2204 | Houston | TX | 77056-4121 | United States | 38,462 |
| Sims | Scott | 127 S 3rd St | Montrose | CO | 81401 | United States | 92,000 |
| Sims | Gary and Ramona | Box 196544526 Ida Louise Ct | Amarillo | TX | 79110 | United States | 40,000 |
| Sly | Nancy J | 1135 SW West Union Rd | Topeka | KS | 66615 | United States | 62,308 |
| Sly | Randy W | 1538 NW West Union Rd | Topeka | KS | 66615 | United States | 14,722 |
| Sly | Cole W and Jami N | 3245 Sand Creek Road | Wamego | KS | 66547 | United States | 14,615 |
| Sly | Jami | 3245 Sand Creek Road | Wamego | KS | 66547 | United States | 8,462 |
| Smith | Tim and Patricia | 2012 Turtlecreek Rd. | Edmond | OK | 73013 | United States | 62,500 |
| Steenwyk | Timothy & Marilyn | 249 Green Cove | Montgomery | TX | 77356 | United States | 124,995 |
| Stevenson | Dennis & Ruby | 71747 Buckhorn Road | Montrose | CO | 81403 | United States | 76,923 |
| Stevenson | Steven | 61291 Lobo Drive | Montrose | CO | 81401 | United States | 58,949 |
| Stifel, Nicolaus & Co as Custodian FBO Paul S. Bony IRA, Account # | | PO Box 1652 | Montrose | CO | 81402 | United States | 51,538 |
| Stonecipher | Dale and Julia | 240 Verna Trail N | Forth Worth | TX | 76108 | United States | 243,846 |
| Summers | William T and Kimberly D | 19443 HWY 550 | Montrose | CO | 81403 | United States | 76,924 |
| Swanson | Carl A. | 800 Botanical Heights Circle | Anchorage | AK | 99515 | United States | 263,158 |
| Tafoya | Rich | 4598 Colorow Road | Olathe | CO | 81425 | United States | 265,034 |
| Tam O'Shanter Investments, LLC, (findley) | | PO Box 20908 | Bakersfield | CA | 93312 | United States | 97,899 |
| Taylor | Robert and Mary | 11803 Old Landua | Burton | TX | 77835 | United States | 153,846 |
| TD Ameritrade Clearing, Inc. as Custodian FBO John M. Campbell, Roth IRA, Account #756-976452 | | 404 Regatta Drive | Niceville | FL | 32578 | United States | 154,000 |
| Thole | Lisa K. | 809 S. 8th St. | Montrose | CO | 81401 | United States | 15,000 |
| Thomas A and Vera M Hintz Trust | | 1405 Skyline Drive | Manhattan | KS | 66502 | United States | 70,000 |
| Thomson Family Trust | | Helen L Thomson, Trustee PO Box 163 | Table Grove | IL | 61482 | United States | 38,462 |
| Tisdel | Frances | PO Box 1076 | Ouray | CO | 81427 | United States | 25,000 |
| Tisdel | Ben | 465 CR 14 | Ouray | CO | 81427 | United States | 2,080 |
| VanderMey | James & Barbara | 3753 West Ivy Street | Dunnellon | FL | 34433-2239 | United States | 926,849 |
| VanderMey | Timothy | 1352 Charlotte Springs | Altamonte Springs | FL | 32701 | United States | 16,000 |
| Vermillion | Kiefer | 149 Floras Road | Aledo | TX | 76008 | United States | 31,171 |
| Vermillion | Chad | 6908 Golf Green Dr | Arlington | TX | 76001 | United States | 8,125 |
| Vick | Daniel D. | 6871 CR 1103 | Celina | TX | 75009 | United States | 251,745 |
| Virden | John & Adele | 72697 Kinikin | Montrose | CO | 81401 | United States | 179,181 |
| Vyssotski | Nickoltai | 6606 Corpus Christi Dr. | Austin | TX | 78729 | United States | 50,000 |
| Walchle | Bryan & Jennifer | 16370 6420 Road | Montrose | CO | 81403 | United States | 11,000 |
| Warner | David | 2665 Holmen Ct | Colorado Springs | CO | 80919 | United States | 7,692 |
| Waterstone | | 10807 New Allegiance Drive, Suite 240 | Colorado Springs | CO | 80921 | United States | 146,154 |
| Weaver | Lee (George) | PO Box 123012 | Forth Worth | TX | 76121 | United States | 31,731 |
| Weir | Eric C. | 302 NE Main Street | Simpsonville | SC | 29681 | United States | 51,272 |
| White | Thomas & Barbara | 7440 E. FM 549 | Rockwall | TX | 75032 | United States | 174,822 |
| White | Thomas Kem and Wendy Sue | 121 Apollo Road | Montrose | CO | 81401 | United States | 3,077 |
| Winter | Daniel M | Downtown Dental Group 428 Houston | Manhattan | KS | 66502 | United States | 38,462 |
| Yarbrough | | 1319 Beach St | San Luis Obispo | CA | 93401 | United States | 7,777 |
| Yellow Rose Resources | Elaine | PO Box 123012 | Fort Worth | TX | 76121 | United States | 31,731 |
| **TOTALS** | | | | | | | **33,990,544** |